01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

07
AT SEATTLE

08  STEPHEN LEE CZAPLA,                    )   CASE NO. C08-0084-RSM-MAT
                                          )
09      Plaintiff,                        )
                                          )
10      v.                                )   ORDER DISMISSING DEFENDANTS
                                          )   FROM CIVIL RIGHTS ACTION
11  OFFICER KELLEY., et al.,              )
                                          )
12      Defendants.                       )
    _____  )

13

14      The Court, having reviewed plaintiff's amended civil rights complaint, the Report and

15  Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the

16  remaining record, does hereby find and ORDER:

17      (1)   The Court adopts the Report and Recommendation;

18      (2)   Plaintiff's complaint and this action are DISMISSED with prejudice as to

19            defendant McCoy;

20      (3)   Plaintiff's complaint and this action are DISMISSED without prejudice as to

21            defendant Roufs, Conners, Vandenburg, and Raguso;

22      (4)   Judge Theiler shall issue a service order directing service of plaintiff's amended

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION
PAGE -1

01                 complaint on defendants Kelley and Wilks so that plaintiff may pursue his

02                 excessive force claim against these two defendants; and

03     (5)      The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

04                 Mary Alice Theiler.

05     DATED this _2_ day of June, 2008.

06

07

08                               RICARDO S. MARTINEZ

09                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION
PAGE -2