UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STEPHEN LEE CZAPLA, | ) | CASE NO. C08-0084-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR APPOINTMENT OF |
| OFFICER KELLEY, et al., | ) | COUNSEL |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court on plaintiff's request for appointment of counsel. The Court, having reviewed plaintiff's request, and the balance of the record, does hereby find and ORDER:

(1) Plaintiff's request for appointment of counsel (Dkt. No. 32) is DENIED. There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding in forma pauperis, the Court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional

circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331.

Plaintiff has not demonstrated that he is unable to articulate his claims pro se. Moreover, as explained in this Court's Report and Recommendation, issued the same date as this Order, plaintiff has not demonstrated that his claims have any merit. Thus, plaintiff has not demonstrated that this case involves exceptional circumstances which warrant appointment of counsel.

(2) The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this <u>3rd</u> day of April, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge