UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STEPHEN LEE CZAPLA, | ) | CASE NO. C08-0084-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR SUMMARY |
| OFFICER KELLEY, et al., | ) | JUDGMENT AND DENYING |
| | ) | PLAINTIFF'S MOTION FOR |
| Defendants. | ) | SUMMARY JUDGMENT |
| | ) | |

The Court, having reviewed plaintiff's amended civil rights complaint, the parties' motions for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion for summary judgment (Dkt. No. 25) is GRANTED;

    (3)    Plaintiff's motion for summary judgment (Dkt. No. 33) is DENIED;

    (4)    Plaintiff's amended complaint and this action are DISMISSED with prejudice; and,

(5)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 5 day of May, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
PAGE -2